UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SARA WILLIAMS | * | CIVIL ACTION |
| VERSUS | * | |
| | * | NO. |
| | * | |
| ANDREW KEPHART, TIDEWATER | * | JUDGE |
| TRANSIT CO., INC., NATIONAL UNION FIRE | * | |
| INSURANCE COMPANY OF PITTSBURGH, PA, | * | MAGISTRATE |
| AMERICAN INTERNATIONAL GROUP, INC. | * | |
| AND HARVERY FERTILIZER & GAS CO. | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>NOTICE OF REMOVAL</u>

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

Defendants, Andrew Kephart, Tidewater Transit Co. Inc., National Union Fire Insurance Company of Pittsburgh, PA., American Property Casualty Company (incorrectly named as American International Group, Inc.), and Harvey Fertilizer & Gas Co., pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, with full reservation of any and all defenses, objections, motions and exceptions, hereby removes this action, which had been pending as Case No. 173165, Section "F" in the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, to the United States District Court for the Middle District of Louisiana. As is addressed below, this Court has jurisdiction over this matter and it is properly removed to this Court pursuant to 28 U.S.C. §1332 because there is complete diversity among all parties, and it is plain from the face of the Petition for Damages and assertions by plainitff counsel that Plaintiff demands more than $75,000 for her alleged injuries. In support of this removal, the defendants state as follows:

1.  Petition:

On February 23, 2022, Plaintiff, Sara Williams, filed a Petition for Damages against the defendants in the 21st Judicial District Court for the Parish of Livingston, State of Louisiana, 173165, Division F.

Basis for Jurisdiction in this Court:

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, diversity of citizenship, because: (1) the requisite diversity of citizenship exists between all Plaintiffs and all named defendants; and (2) the amount in controversy exceeds $75,000, exclusive of interest and costs.

2.  Citizenship of Plaintiff:

    a) Plaintiff, Sara Williams, alleges she is a citizen and resident of the parish of Livingston, State of Louisiana.

3.  Citizenship of Defendants:

    a) National Union Fire Insurance Company of Pennsylvania is, on information and belief, incorporated in and has its principal place of business in the state of New York.

    b) Andrew Kephart is, on information and belief, a citizen and resident of state of Alabama.

    c) American Property Casualty Company, incorrectly referred to as American International Group, Inc. is, on information and belief, incorporated in and has its principal place of business in the state of New York.

    d) Harvey Fertilizer & Gas Co. is, on information and belief, incorporated in and has its principal place of business in the state of North Carolina.

    e) Tidewater Transit CO., Inc. is on information and belief, incorporated in and has its principal place of business in the state of North Carolina.

4.     <u>Amount in Controversy:</u>

It is clear from the face of the Petition that the amount in controversy, exclusive of interest and costs, exceeds $75,000. Plaintiffs allege that she is seeking damages for past, present, and future pain and suffering, loss of earnings, medical expenses emotional distress and loss of quality of life.

Counsel for the defendants contacted counsel for the plaintiff to confirm that their claimed damages exceed $75,000 via email on March 21. 2022. Plaintiff counsel responded that the alleged damages exceeded that amount.

Finally, the Petition does not set forth that there is a "lack of jurisdiction of federal courts due to insufficiency of damages" as required by La. Code Civ. Proc. art. 893A(1).

Courts have routinely held that damages allegations of the type alleged in this case, including medical expenses, loss of earning capacity, permanent injuries, loss of physical capacity, loss of enjoyment of life, pain and suffering, emotional distress, are sufficient to facially demonstrate that the amount in controversy for federal jurisdiction is satisfied. *See, e.g., Gebbia v. Wal-Mart Stores, Inc.,* 233 F.3d 880, 883 (5th Cir. 2000) (concluding that plaintiff's personal injury petition alleged damages in excess of $75,000 when plaintiff sought damages for medical expenses, physical pain and suffering, mental anguish, loss of enjoyment of life, loss of wages and earning capacity, and permanent disability and disfigurement for injuries sustained to plaintiff' wrist, knee, and back); *Luckett v. Delta Airlines, Inc.*, 171 F.3d 295, 298 (5th Cir. 1999) (where airline lost luggage containing heart medication, contributing to subsequent heart failure, allegations of damages for property, travel expenses, emergency

ambulance trip, six-day hospitalization, pain and suffering, humiliation and temporary inability to do housework satisfied the requirement that $75,000 amount in controversy be facially apparent).

Thus, it is apparent that Plaintiff's demand for numerous items of alleged damages, including past and future pain and suffering, past and future mental anguish and distress, past and future medical expenses, past and future loss of wages, and disability, places more than $75,000 in controversy. *See, e.g., Gebbia*, 233 F.3d at 883.

Consent:

Andrew Kephart, National Fire Insurance Company of Pittsburgh, PA., Tidewater Transit, Co. Inc., Harvey Fertilizer & Gas Co., and American Property Casualty Company all consent to this removal. There are no other parties.

Removal is Timely:

A Notice of Removal is timely when filed "within thirty days after receipt by the defendant through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b) (emphasis added). Suit was filed on February 23, 2022. A copy of Plaintiffs' Petition for Damages was served on the agent for service of process for National Fire Insurance Company of Pittsburgh, PA on March 8, 2021. This removal is also filed within one year of commencement of this action on February 23, 2022. 28 U.S.C. § 1446(c)(1).

The United States District Court for the Middle District of Louisiana embraces the parish in which the state court action was filed, and thus this case is properly removed to this Court under 28 U.S.C. §§ 98(a) and 1441(a).

5.  Pleadings and Process:

Pursuant to 28 U.S.C. § 1446(a), a copy of all pleadings served upon Andrew Kephart, National Fire Insurance Company of Pittsburgh, PA., Tidewater Transit, Co. Inc., Harvey Fertilizer & Gas Co., and American International Group are attached hereto as "Exhibit A."

A copy of the March 21, 2022 emails between counsel are attached hereto as "Exhibit B." Pursuant to 28 U.S.C. § 1446(d), is filing written notice of this removal with the clerk of the state court in which the action is currently pending. Copies of the State Court Notice of Removal together with this Notice of Removal are being served upon Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).

6.  Filing Fee:

Andrew Kephart, National Fire Insurance Company of Pittsburgh, PA., Tidewater Transit, Co. Inc., Harvey Fertilizer & Gas Co., and American Property Casualty Company files and presents herewith the appropriate filing fee as required by 28 U.S.C. §1446.

7.  Certification:

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he has read the foregoing Notice of Removal, that, to the best of his knowledge, information, and belief formed after reasonable inquiry, it is well-grounded in fact and is warranted by existing law or good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the cost of litigation.

WHEREFORE, Andrew Kephart, National Fire Insurance Company of Pittsburgh, PA., Tidewater Transit, Co. Inc., Harvey Fertilizer & Gas Co., and American International Group, respectfully removes this action from the 21st Judicial District Court for the Parish of

Livingston, State of Louisiana, Case No.173615, to the United States District Court for the Middle District of Louisiana, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

                                  Respectfully submitted,
                                  **RESO & ASSOCIATES**

_____
**SCOTT MCCORMICK (#23858)**
PHILIP E. RESO (#22559)
MICHAEL J. MADERE (#29961)
**909 Poydras Street, Suite 3000**
**New Orleans, Louisiana 70112**
**Direct Dial: (504) 494-4042**
**Facsimile: (504) 302-0074**
**scott.mccormick@aig.com**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing pleading has been electronically filed and served on all counsel of record to these proceedings, by electronic means on this 24th date of March 2022.

_____
SCOTT MCCORMICK