

null / ALL
**Transmittal Number: 24630459**
**Date Processed: 03/17/2022**

# Notice of Service of Process

**Primary Contact:** Eric Manne
AIG Property Casualty
1271 Avenue of the Americas
Fl 37
New York, NY 10020-1303

| | |
|---|---|
| **Entity:** | National Union Fire Insurance Company of Pittsburgh, Pa.<br>Entity ID Number 0085137 |
| **Entity Served:** | National Union Fire Insurance Co. Of Pittsburgh Pa |
| **Title of Action:** | Sara Williams vs. Andrew Kephart |
| **Matter Name/ID:** | Sara Williams vs. Andrew Kephart (12108878) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Livingston Parish District Court, LA |
| **Case/Reference No:** | 173165 F |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 03/15/2022 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | Secretary of State 03/11/2022 LA |
| **How Served:** | Certified Mail |
| Sender Information: | Joel M. Freeman Law Firm, LLC<br>225-445-6700 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

# State of Louisiana
# Secretary of State

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

03/14/2022

NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH PA
C/O CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802-5921

Suit No.: 173165
21ST JUDICIAL DISTRICT COURT
LIVINGSTON PARISH

SARA WILLIAMS
vs
ANDREW KEPHART, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: E. GASPARD

Date: 03/11/2022
Title: DEPUTY SHERIFF

**No: 1228427**

DB

# CITATION

## PETITION FOR DAMAGES AND REQUEST FOR TEN DAYS NOTICE OF SETTING AND FOR NOTICE OF INTERLOCUTORY ORDER OF JUDGMENT

***WILLIAMS, SARA***

***Vs.***

***KEPHART, ANDREW - ET AL***

***Case: 000000173165***
***Division: F***
***21st Judicial District Court***
***Parish of Livingston***
***State of Louisiana***

SERVED ON
R. KYLE ARDOIN

MAR 11 2022

SECRETARY OF STATE
COMMERCIAL DIVISION

To: **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**
*Through its agent for service of process,*
**Secretary of State for the State of Louisiana**
8585 Archives Avenue
Baton Rouge, Louisiana 70809

*of EAST BATON ROUGE Parish*

***YOU ARE HEREBY SUMMONED*** *to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within THIRTY(30) days after the service hereof, under penalty of default.*

***WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON FEBRUARY 25, 2022.***

*Clerk of Court*
*21st Judicial District*
*Parish of Livingston*

***L.HILL***____________________
***Deputy Clerk of Court***

*Attorney*
JOEL FREEMAN
P O BOX 87012
BATON ROUGE LA 70879

## *Service Information*

*Received on the ______ day of ________________, 20____ and on the _______ day of ________________, 20____ served the above named party as follows:*

***Personal Service*** *on the party herein named* ______________________________.
***Domiciliary Service*** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of* ____________________________, *a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*DUE & DILIGENT UNABLE TO SERVE BECAUSE:*________________________________________________________

*Returned:*
*Parish of* ____________________________ *this* ______ *day of* __________________, *20*____.

*Service* $________

*Mileage* $________

*Total* $________

*By:* ______________________________
*Deputy Sheriff*

[ SERVICE ]

**SARA WILLIAMS**

**SUIT NO.:** 173165 **SEC:** F

**VERSUS**

**21ST JUDICIAL DISTRICT COURT**

**ANDREW KEPHART, TIDEWATER TRANSIT CO., INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AMERICAN INTERNATIONAL GROUP, INC, (AIG) and HARVEY FERTILIZER & GAS CO.**

**PARISH OF LIVINGSTON**

**STATE OF LOUISIANA**

FILED CLERK OF COURT PARISH OF LIVINGSTON 2022 FEB 23 PM 4:20 DEPUTY CLERK

**PETITION FOR DAMAGES**

NOW INTO COURT, comes SARA WILLIAMS domiciled m Livingston Parish, Louisiana who respectfully represents:

1.

Made Defendants are:

A. **ANDREW KEPHART,** a resident of Alabama, who according to Louisiana Law can be served with process Via Louisiana Long Arm Service at his residence, 2501 Laverne Drive, Huntsville, Alabama 35810; and

B. **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,** a foreign insurance company authorized to do and doing business in the State of Louisiana, which has appointed the Secretary of State for the State of Louisiana, as its agent for service of process, who can be served at 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

C. **AMERICAN INTERNATIONAL GROUP, INC, (AIG)** a foreign insurance company doing business in the State of Louisiana, who can be served through their agent for service of process, Corporation Service Company 501 Louisiana Avenue, Baton Rouge, LA 70802; and

D. **TIDEWATER TRANSIT CO., INC.,** a foreign company authorized and doing business in the state of North Carolina, who can be served according to Via Louisiana Long Arm Statue through their agent for service John 0. McNairy 6174 Hwy 70 W LaGrange, NC 2855; and

E. **HARVEY FERTILIZER & GAS CO.** a foreign company authorized and doing business in the state,ofNorth Carolina, who can be served according to Via Louisiana Long Arm Statue through their agent for service Herbert L. Rouse at P.0. Box 189 Kinston, NC 28502

2.

On or about March 6, 2021, Plaintiff, SARA WILLIAMS, was the owner and operator of a 2018 Toyota Camry, which was **stopped** waiting in traffic on S. Range Road, in the Parish of Livingston, State of Louisiana, within the jurisdictional limits of this court.

3.

On or about March 6, 2021, Plaintiff, SARA WILLIAMS was the owner and operator of a 2018 Toyota Camry, which was suddenly and without warning struck from behind by the trailer being pulled by a2018 Volvo Truck, owned by TIDEWATER TRANSIT CO., INC., and operated by defendant, ANDREW KEPHART, who at the time was attempting a left tum into the Pilot Truck Stop, wherein, the trailer being pulled by the 2018 Volvo Truck struck the rear passenger side of the 2018 Toyota Camry being driving by SARA WILLIAM, causing a collision and resulting in injuries to SARA WILLIAMS.

4.

During this entire occurrence, SARA WILLIAMS, drove her vehicle safely and with skill. In no way did SARA WILLIAMS contribute to causing the collision.

5.

The collision sued herein is inexplicable without resort to the presumption of negligence in view of the fact that the Defendant's vehicle, driven by defendant, ANDREW KEPHART, struck SARA WILLIAMS vehicle ***while making a left hand turn*** which presumption is especially invoked by the Petitioner herein.

6.

The collision described above was caused solely and proximately by the gross and :flagrant recklessness, carelessness, negligence and fault of ANDREW KEPHART in the following, non-exclusive, particulars, to-wit:

A. In failing to keep a proper look out;

B. In failing to keep his vehicle under proper control;

C. In operating his vehicle in a wanton and reckless manner with no regard for the rights and safety of others;

D. In traveling into the vehicle owned and operated by SARA WILLIAMS;

E. In failing to see what he should have seen and if having seen, in failing to heed;

F. In failing to stop;

G. In driving the truck/trailer into the 2018 Toyota Camry, causing injury to SARA WILLIAMS;

H. In failing to maintain control of his vehicle;

I. In making a left-hand turn when it was unsafe to do so; and

J. Any and all other acts and omissions to be proven through discovery or at the trial of this matter, all of which were in contravention of the exercise of due care and procedure.

7.

Upon information and belief, Defendant, ANDREW KEPHART, was inattentive at the moment this crash occurred. Defendant, ANDREW KEPHART is liable to Petitioner under Civil Code Art. 2315.

8.

At the time of the accident described above, ANDREW KEPHART, was the employee and representative of TIDEWATER TRANSIT CO., INC., and was acting within the course and scope of his employment at the time of the accident and therefore TIDEWATER TRANSIT CO., INC. is jointly and solidarity liable for the damages suffered by SARA WILLIAMS, herein caused by the negligence of ANDREW KEPHART (Louisiana Civil Code Article 2320), and/or Louisiana Civil Code Article 2317.

9.

At the time of the accident described above, ANDREW KEPHART, was the employee and representative of HARVEY FERTILIZER & GAS CO. and was acting within the course and scope of his employment at the time of the accident and therefore HARVEY FERTILIZER & GAS CO. is jointly and solidarity liable for the damages suffered by SARA WILLIAMS, herein caused by the negligence of ANDREW KEPHART (Louisiana Civil Code Article 2320), and/or Louisiana Civil Code Article 2317.

10.

In the alternative, TIDEWATER TRANSIT CO., INC. and/or HARVEY FERTILIZER & GAS CO. are liable to, SARA WILLIAMS for failing to supervise, train, and/or monitor ANDREW KEPHART as their employee, and for failure to reasonably and prudently verify and/or maintain employee driving qualifications and/or allowing ANDREW KEPHART to operate an 18-wheeler.

11.

Plaintiff is informed, believes, and therefore alleges that at the time of the accident TIDEWATER TRANSIT CO., INC., and/or HARVEY FERTILIZER & GAS CO. and/ or ANDREW KEPHART had a policy of motor vehicle liability insurance bearing policy # CA7742291 with NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a subsidiary of AMERICAN INTERNATIONAL GROUP, INC, (AIG) insuring against the negligent acts of ANDREW KEPHART, and under the laws of the State of Louisiana was in full force and effect at the time of the accident and which insurance inures to the benefit of Plaintiffs under the provisions of the Louisiana Direct Action Statute, Revised Statute 22:655.

12.

Plaintiff further alleges on information and belief that under the terms of said policy, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a subsidiary of AMERICAN INTERNATIONAL GROUP, INC, (AIG), obligated itself to pay any and all damages to others as a result of the negligence of ANDREW KEPHART, the operator of said vehicle covered by said policy at the time of said collision.

13.

Plaintiff alleges on information and belief that at the time of the collision described above, the 2018 Volvo Truck, owned by TIDEWATER TRANSIT CO., INC. and/or HARVEY FERTILIZER& GAS CO. and operated by ANDREW KEPHART, was covered by an automobile liability insurance policy with NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a subsidiary of AMERICAN INTERNATIONAL GROUP, INC, (AIG) and was then in full force and effect.

14.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a subsidiary of AMERICAN INTERNATIONAL GROUP, INC, (AIG), are therefore liable in solido unto Plaintiff in said collision, which are itemized and set out hereafter.

15.

As a result of the combined fault and/or negligence of the defendants in causing the aforementioned accident, Plaintiff, SARA WILLIAMS, suffered injuries including, but not limited to the following:

A. Neck;

B. Back; and

C. Any and all other injuries to be shown upon trial of this matter.

16.

As a result of the accident sued upon herein, Plaintiff, SARA WILLIAMS, suffered the following damages:

A. Physical pain and suffering - past, present, and future;

B. Mental pain, anguish, and distress - past, present, and future;

C. Medical expenses - past, present, and future;

D. Loss of enjoyment oflife - past, present, and future; and

E. Any and all other damages which shall be proven at trial of this matter.

17.

Pursuant to the provisions of the Louisiana Code of Civil Procedure, Article 1423, et sec., the Plaintiff is entitled to a certified copy of any insurance policies issued to and/or otherwise insuring, TIDEWATER TRANSIT CO., INC. and/or HARVEY FERTILIZER & GAS CO. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA a subsidiary of AMERICAN INTERNATIONAL GROUP, INC, (AIG) for the claims made by Plaintiff herein. Plaintiff herein requests a certified copy of any and all such policies of insurance within thirty (30) days of service of the petition upon them.

18.

The Plaintiff herein, SARA WILLIAMS, is therefore entitled to damages for the items set forth above in such amounts as are reasonable in the premises.

19.

In accordance with **Louisiana Code of Civil Procedure, Article 1572 and 1913,** Petitioner requests written notice of any and all assignments of this case for trial or hearing and notice of any signing of any Judgment herein.

WHEREFORE, Plaintiff prays:

1. That certified copies of this petition, together with citation, be issued and served according to law on the defendants:

   A. **ANDREW KEPHART,** a resident of Alabama. who according to Louisiana Law can be served with process Via Louisiana Long Arm Statue at his residence, 2501 Laverne Drive, Alabama, 35810:

B. **NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,** a foreign insurance company authorized to do and doing business in the State of Louisiana, which has appointed the Secretary of State for the State of Louisiana, as its agent for service of process, who can be served at 8585 Archives Avenue, Baton Rouge, Louisiana 70809.

C. **AMERICAN INTERNATIONAL GROUP, INC, (AIG)** a foreign insurance company doing business in the State of Louisiana, who can be served through their agent for service of process, Corporation Service Company 501 Louisiana Avenue, Baton Rouge, LA 70802; and

D. **TIDEWATER TRANSIT CO., INC.,** a foreign company authorized and doing business in the state of California, who can be served according to Via Louisiana Long through their agent for service, John 0. McNairy 6174 Hwy 70 West La Grange, NC 28551.

E. **HARVEY FERTILIZER & GAS CO.** a foreign company authorized and doing business in the state of North Carolina, who can be served according to Via Louisiana Long Arm Statue through their agent for service Herbert L. Rouse at P.O. Box 189 Kinston, NC 28502

2. After the elapse of all legal delays and proceedings had, there be judgement against ANDREW KEPHART, TIDEWATER TRANSIT CO., INC., HARVEY FERTILIZER & GAS CO. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a subsidiary of AMERICAN INTERNATIONAL GROUP, INC. (AIG) in solido, in favor of SARA WILLIAMS in such amounts as are reasonable in the premises.

3. For legal interest from date of judicial demand on all amounts awarded, and for all costs of these proceedings; and

4. For all necessary orders and decrees as may be required or proper in the premises and for full, general and equitable relief.

RESPECTFULLY SUBMITTED:

**JOE'L M. FREEMAN LAW FIRM, LLC**

Joe'l M. Freeman (#31391)
PO BOX 87012
Baton Rouge, Louisiana 70879
Telephone: 225-445-6700
Email: joel@joelmfreemanlaw.com
Attorney for Plaintiff, **SARA WILLIAMS**

**-and-**

COMEAUX LAW FIRM

Todd C. Comeaux (#25453)
2354 S. Acadian Thruway, Suite C

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this 2-25-2022
Deputy Clerk of Court

Baton Rouge, Louisiana 70808
Telephone: 225-706-9000
Facsimile: 225-706-9001
Email: tc@comeauxlawfirm.com
Attorney for Plaintiff, **SARA WILLIAMS**

**PLEASE SERVE *VIA* LOUISIANA LONG ARM STATUTE:**

**ANDREW KEPHART**
*Via Long Arm Service*
2501 Laverne Drive
Huntsville, AL 35810

**TIDEWATER TRANSIT COMPANY, INC.**
*Via Long Arm Service through*
their agent for process of service
**John O. McNairy**
6174 Hwy 70 West
La Grange, NC 28551

**HARVEY FERTILIZER & GAS CO.**
*Via Long Arm Service through*
their agent for process of service
**Herbert L. Rouse**
P.O. Box 189
Kinston, NC 28502

**PLEASE SERVE**

**AMERICAN INTERNATIONAL GROUP, INC. (AIG)**
*through their agent for service of process*
**Corporation Service Company**
501 Louisiana Avenue
Baton Rouge, LA 70802

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**
*Through its agent for service of process,*
**Secretary of State for the State of Louisiana**
8585 Archives Avenue
Baton Rouge, Louisiana 70809

SARA WILLIAMS

SUIT NO.: SEC:

VERSUS

21ST JUDICIAL DISTRICT COURT

ANDREW KEPHART, TIDEWATER TRANSIT CO., INC., NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., AMERICAN INTERNATIONAL GROUP, INC, (AIG) and HARVEY FERTILIZER & GAS CO.

PARISH OF LIVINGSTON

STATE OF LOUISIANA

FILED
CLERK OF COURT
PARISH OF LIVINGSTON
2022 FEB 23 PM 4:21
DEPUTY CLERK

**REQUEST FOR TEN DAYS NOTICE OF SETTING AND FOR NOTICE OF INTERLOCUTORY ORDER OR JUDGMENT**

Plaintiff, SARA WILLIAMS, be given at least ten (10) days written notice in advance, in accordance with the provisions of Article 1572 of the Louisiana Code of Civil Procedure, of the date this case is to be fixed for trial. Plaintiff further requests written notice of the rendition of any interlocutory order or judgment in this case, pursuant to Article 1914 of the Louisiana Code of Civil Procedure.

RESPECTFULLY SUBMITTED:

**JOE'L M. FREEMAN LAW FIRM, LLC**

Joe'l M. Freeman (#31391)
PO BOX 87012
Baton Rouge, Louisiana 70879
Telephone: 225-445-6700
Email: joel@joelmfreemanlaw.com
Attorney for Plaintiff, **SARA WILLIAMS**

**-and-**

**COMEAUXLAWFIRM**

Todd C. Comeaux (#25453)
2354 S. Acadian Thruway, Suite C
Baton Rouge, Louisiana 70808
Telephone: 225-706-9000
Facsimile: 225-706-9001
Email: tc@comeauxlawfirm.com
Attorney for Plaintiff, **SARA WILLIAMS**

R. KYLE ARDOIN
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125

STATE OF LOUISIANA
UNION JUSTICE CONFIDENCE
SECRETARY OF STATE

7021 1970 0000 4783 0898

FIRST CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 70802
02 4W
$ 005.31⁰
0000382768 MAR. 14. 2022

SS104 (R 06/18)